## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>Illinois</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

*/s/ Taras Alexander Gracey*
Taras Alexander Gracey
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: June 29, 2005