## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2005, a copy of the attached Motion for Admission Pro Hac was served upon the following counsel in the manner so indicated:

VIA HAND DELIVERY
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA FIRST CLASS MAIL
George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Steven P. Berman, Esquire
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
BRIAN E. FARNAN, ESQUIRE (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Counsel for Defendants