IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-00381 (KAJ) ) |
| BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., | ) ) ) |
| Defendants. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George C. Lombardi to represent Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Attorney for: Defendants

Date: June 30, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    The Honorable Kent A. Jordan