## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2005, a copy of the attached Motion for Admission Pro Hac was served upon the following counsel in the manner so indicated:

<u>VIA HAND DELIVERY</u>
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>VIA FIRST CLASS MAIL</u>
George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Steven P. Berman, Esquire
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
BRIAN E. FARNAN, ESQUIRE (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Counsel for Defendants