IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-00381 (KAJ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lynn MacDonald Ulrich to represent Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Attorney for: Defendants

Date: June 28, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
                              The Honorable Kent A. Jordan