## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Answer, Affirmative Defenses and Counterclaims to Plaintiffs' Complaint to be served by hand on the 30th day of June, 2005 upon:

Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

and by Federal Express for Saturday delivery on the 2nd day of July, 2005 upon:

George F. Pappas
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Brian E. Farnan