IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 05-381 <br><br> **JURY TRIAL DEMANDED** |

### BARR LABORATORIES, INC'S AND BARR PHARMACEUTICALS, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) and (b)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (both non-governmental corporate parties) certifies that Barr Laboratories, Inc., a Delaware corporation with a principal place of business in Pomona, New York, is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc., a Delaware corporation.

BARR LABORATORIES, INC.
and BARR PHARMACEUTICALS, INC.

Dated: June 30, 2005

By: *[signature]*

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.

Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants Barr Laboratories,
Inc. and Barr Pharmaceuticals, Inc.*