## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Rule 7.1 Statement to be served by hand delivery on the 30th day of June, 2005 upon:

> Steven J. Balick
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19801

and by Federal Express for Saturday delivery on the 2nd day of July, 2005 upon:

> George F. Pappas
> Christopher N. Sipes
> COVINGTON & BURLING
> 1201 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

*[signature]*
Brian E. Farnan

CHI:1551725.4