IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 05-00381 (KAJ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on September 15, 2005, a copy of the following document:

1) **Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1-4); and**

2) **Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Requests for Admission to Plaintiffs (Nos. 1-28)**

were served on the following as indicated below:

<u>Via Hand Delivery</u>

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

<u>Via Federal Express</u>

George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

_/s/ Brian E. Farnan_
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendants

Date: September 16, 2005