## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on September 16, 2005, a copy of the foregoing Notice of Service was served upon the following as indicated below:

<u>VIA HAND DELIVERY</u>
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>VIA FIRST CLASS MAIL</u>
George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Brian E. Farnan