IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-00381 (KAJ) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on September 21, 2005, a copy of the following documents:

1) **Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Document Requests to Janssen, L.P.;**

2) **Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Document Requests to Synaptech, Inc.; and,**

3) **Barr Laboratores, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Document Requests to Janssen Pharmaceutica, N.V.**

were served on the following as indicated below:

Via Hand Delivery

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

Via Federal Express

George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

        Respectfully submitted,

        PHILLIPS GOLDMAN & SPENCE, P.A.

        /s/ Brian E. Farnan
        John C. Phillips, Jr. (Bar No. 110)
        Brian E. Farnan (Bar No. 4089)
        1200 N. Broom Street
        Wilmington, DE 19806
        (302) 655-4200
        Attorneys for Defendants

Date: September 23, 2005