## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on September 23, 2005, a copy of the foregoing Notice of Service was served upon the following as indicated below:

VIA HAND DELIVERY
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

VIA FIRST CLASS MAIL
George F. Pappas, Esquire
Christopher N. Sipes, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*/s/ Brian E. Farnan*
Brian E. Farnan