IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 05-00381 (KAJ)

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on October 11, 2005, two true and correct copies of the following documents:

1) **Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Objections and Answers to Plaintiffs' First Set of Interrogatories; and,**

2) **Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Admission**

were served on the following as indicated below:

| Via Hand Delivery | Via Federal Express |
|---|---|
| Steven J. Balick <br> Ashby & Geddes <br> 222 Delaware Avenue <br> 17th Floor <br> Wilmington, DE 19801 | George F. Pappas <br> Christopher N. Sipes <br> Covington & Burling <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 |

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendants

Date: October 12, 2005