IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., ) | |
| JANSSEN, L.P., and ) | |
| SYNAPTECH, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-00381 (KAJ) |
| ) | |
| BARR LABORATORIES, INC. ) | |
| and BARR PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on October 12, 2005, two true and correct copies of:

**Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Rule 26(a)(1) Initial Disclosures**

were served on the following as indicated below:

<u>Via Hand Delivery</u>
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

<u>Via Federal Express</u>
George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendants

Date: October 12, 2005