## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on October 13, 2005, two true and correct copies of the foregoing Notice of Service were served upon the following as indicated below:

<u>VIA HAND DELIVERY</u>
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>VIA FIRST CLASS MAIL</u>
George F. Pappas, Esquire
Christopher N. Sipes, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004


_____
Brian E. Farnan