IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANSSEN PHARMACEUTICA N.V., )
JANSSEN, L.P., and )
SYNAPTECH, INC., )
)
     Plaintiffs, )
)
     v. )     C.A. No. 05-381-KAJ
)
BARR LABORATORIES, INC. )
and BARR PHARMACEUTICALS, INC. )
)
     Defendants. )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2005, **PLAINTIFFS**

**JANSSEN PHARMACEUTICA, N.V.'S, JANSSEN, L.P.'S, AND SYNAPTECH, INC.'S**

**OBJECTIONS AND RESPONSES TO DEFENDANTS BARR LABORATORIES, INC.'S**

**AND BARR PHARMACEUTICALS, INC.'S FIRST SET OF REQUESTS FOR**

**ADMISSIONS TO PLAINTIFFS (Nos. 1-28)** was served upon the following counsel of record

at the address and in the manner indicated:


John C. Phillips, Jr., Esquire                              <u>HAND DELIVERY</u>
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

George C. Lombardi, Esquire                        <u>VIA FEDERAL EXPRESS</u>
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: October 17, 2005
161256.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:

John C. Phillips, Jr., Esquire                                    HAND DELIVERY
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

George C. Lombardi, Esquire                                    VIA FEDERAL EXPRESS
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

*/s/ Steven J. Balick*
_____

Steven J. Balick