IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 05-381-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of October, 2005, **PLAINTIFF SYNAPTECH, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS BARR LABORATORIES, INC.'S AND BARR PHARMACEUTICALS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS [Nos. 1-2]** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | **HAND DELIVERY** |
| | |
| George C. Lombardi, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | **VIA FEDERAL EXPRESS** |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: October 21, 2005
161256.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

John C. Phillips, Jr., Esquire  
Phillips, Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806

**HAND DELIVERY**

George C. Lombardi, Esquire  
Winston & Strawn LLP  
35 West Wacker Drive  
Chicago, IL 60601

**VIA FEDERAL EXPRESS**

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire