IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 05-00381 (KAJ) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on November 7, 2005, a copy of :

1) **Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Supplemental Objections and Response to Plaintiffs' Interrogatory No. 1; and,**

2) **Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Supplemental Objections and Response to Plaintiffs' First Request for Admission**

was served on the following as indicated below:

<u>Via Hand Delivery</u>
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

<u>Via Federal Express</u>
George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

*/s/ Brian C. Farnan*

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

Date: November 8, 2005