IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICAL N.V., <br> JANSSEN, L.P., and <br> SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br> and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-00381 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on November 11, 2005, a true and correct copy of:

1) **Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Document Request No. 3 to Synaptech, Inc.;**

2) **Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Document Request No. 3 to Janssen Pharmaceutica, N.V.; and,**

3) **Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Document Request No. 3 to Janssen, L.P.**

was served on the following as indicated below:

Via Hand Delivery
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

Via Federal Express
George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Lynn M. Ulrich (admitted *pro hac vice*)
Brian L. Franklin (admitted *pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants/Counterclaim-Plaintiff*
*Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Date: November 14, 2005