## **CERTIFICATE OF SERVICE**

      I, Brian E. Farnan, hereby certify that on November 14, 2005, two true and correct copies of the foregoing Notice of Service were served upon the following as indicated below:

**VIA HAND DELIVERY**
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
George F. Pappas, Esquire
Christopher N. Sipes, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Brian E. Farnan