IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |
| | ) | C.A. No. 05-381 (KAJ) |

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Brian L. Franklin, appearing *pro hac vice* in this action (D.I. 8; C.A. No. 05-381 (KAJ)), hereby withdraws his appearance on behalf of Defendants Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc.

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Lynn M. Ulrich (admitted *pro hac vice*)
Brian L. Franklin (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants/Counterclaim-Plaintiffs
Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

Date: May 11, 2006